**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTONIO CESAR FUENTES, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-01387-RBW |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

**ANSWER TO COUNTERCLAIM**

Plaintiff/Counter-Defendant ANTONIO CESAR FUENTES responds as follows to the allegations contained in Defendant/Counter-Claimant's Answer and Counterclaim using the same headings as the Answer and Counterclaim but without admitting any allegations contained in any heading.

**I. *ADMISSIONS AND DENIALS***

**Answer:** Plaintiff/Counter-Defendant understands a reply to an answer is not permitted unless ordered by the Court. Fed.R.Civ.P.7(a)(7).

**II. *AFFIRMATIVE DEFENSES***

1. *The statute of limitations bars Plaintiff's claim.*

**Answer:** Plaintiff/Counter-Defendant understands a reply to an answer is not permitted unless ordered by the Court. Fed.R.Civ.P.7(a)(7). To the extent the affirmative defense requires an answer, Plaintiff/Counter-Defendant denies the statute of limitations bars Plaintiff's claim

**III. COUNTERCLAIM**

RECEIVED
JUNE 2 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**Jurisdiction, Venue, and Parties**

1. *Jurisdiction over this action is conferred upon the district court by 28 U.S.C. §§ 1331, 1340, and 1345 as well as 26 U.S.C. §§ 7401-02.*

   **Answer**: Admit.

2. *Venue is proper under 28 U.S.C. §§ 1391(b) and 1396 because Defendant Fuentes is a nonresident citizen.*

   **Answer**: Deny.

**Facts**

3. *Antonio Cesar Fuentes's father, Eduardo Fuentes Varela, was a Mexican Citizen.*

   **Answer**: Admit.

4. *Eduardo Fuentes Varela provided foreign gifts to Antonio Cesar Fuentes that, in aggregate, exceeded $100,000 for tax year 2011.*

   **Answer**: Deny. "Foreign" gifts is a legal term of art. Admit that Eduardo Fuentes Varela, a Mexican citizen, provided gifts to Antonio Cesar Fuentes, also a Mexican citizen[1], that, in the aggregate, exceeded $100,000 for tax year 2011.

5. *Antonio Cesar Fuentes failed to timely report his foreign gifts on Form 3520 for tax year 2011.*

   **Answer**: Deny.

   **Affirmative Defense**: If a Form 3520 was required to be filed, the failure to timely file Form 3520 for tax year 2011 was due to reasonable cause and not willful neglect.

   **Affirmative Defense**: On April 21, 2025, the Internal Revenue Service administratively abated the 2011 civil penalty (the subject matter of this controversy). Exhibit 1.

---

[1] Antonio Cesar Fuentes has dual citizenship.

**Affirmative Defense**: The Internal Revenue Service has a duty of consistency. The Internal Revenue Service abated the 2010 civil penalty based on the exact same facts and circumstances present in 2011. As a result, the Internal Revenue Service administratively abated the 2011 civil penalty. Exhibit 1 and Exhibit 2. The Internal Revenue Service is collaterally estopped from asserting the civil penalty for 2011.

**Affirmative Defense:** The Internal Revenue Service lacks statutory authority to assess penalties under I.R.C. § 6039F.

6. *Eduardo Fuentes Varela provided foreign gifts to Antonio Cesar Fuentes that, in aggregate, exceeded $100,000 for tax year 2012.*

   **Answer**: Deny. "Foreign" gifts is a legal term of art. Admit that Eduardo Fuentes Varela, a Mexican citizen, provided gifts to Antonio Cesar Fuentes, also a Mexican citizen, that, in the aggregate, exceeded $100,000 for tax year 2012.

7. *Antonio Cesar Fuentes failed to timely report his gifts on Form 3520 for tax year 2012.*

   **Answer**: Deny.

   **Affirmative Defense**: If a Form 3520 was required to be filed, the failure to timely file Form 3520 for tax year 2012 was due to reasonable cause and not willful neglect.

   **Affirmative Defense**: The Internal Revenue Service has a duty of consistency. On April 21, 2025, the Internal Revenue Service administratively abated the 2010 and 2011 civil penalties based on the exact same facts and circumstances present in 2012. Exhibit 1 and Exhibit 2. As such, the Internal Revenue Service is collaterally estopped from asserting the civil penalty for 2012.

   **Affirmative Defense:** The Internal Revenue Service lacks statutory authority to assess penalties under I.R.C. § 6039F.

8. *Eduardo Fuentes Varela provided foreign gifts to Antonio Cesar Fuentes that, in aggregate, exceeded $100,000 for tax year 2015.*

**Answer**: Deny. "Foreign" gifts is a legal term of art. Admit that Eduardo Fuentes Varela, a Mexican citizen, provided gifts to Antonio Cesar Fuentes, also a Mexican citizen, that, in the aggregate, exceeded $100,000 for tax year 2015.

9. *Antonio Cesar Fuentes failed to timely report his gifts on Form 3520 for tax year 2015.*

**Answer**: Deny.

**Affirmative Defense**: If a Form 3520 was required to be filed , the failure to timely file Form 3520 for tax year 2015 was due to reasonable cause and not willful neglect.

**Affirmative Defense:** The Internal Revenue Service has a duty of consistency. On April 21, 2025, the Internal Revenue Service administratively abated the 2010 and 2011 civil penalties based on the same facts and circumstances present in 2015. As such, the Internal Revenue Service is collaterally estopped from asserting the civil penalty for 2015.

**Affirmative Defense:** The Internal Revenue Service lacks statutory authority to assess penalties under I.R.C. § 6039F.

***COUNT I***
***REDUCE UNPAID CIVIL TAX PENALTIES TO JUDGMENT AGAINST ANTONIO CESAR FUENTES***

10. *On the following dates, a delegate of the Secretary of the Treasury made assessments against Antonio Cesar Fuentes for civil tax penalties for the following tax periods and in the following amounts (collectively, "tax liabilities"), which have balances due with accruals and costs, as of December 20, 2024 as follows:*

| ***Tax Period*** | ***Assessment Date*** | ***Assessment Type*** | ***Amount Assessed*** | ***Balance Due*** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ***Ending*** | | | | |
| *12/31/2011* | *06/11/2018* | *Civil Penalty – Foreign Gift* | *$90,000.00* | *$78,806.15* |
| *12/31/2012* | *06/11/2018* | *Civil Penalty – Foreign Gift* | *$90,000.00* | *$116,699.16* |
| *12/31/2015* | *06/11/2018* | *Civil Penalty – Foreign Gift* | *$54,06300* | *$70,101.18* |

**Answer**: Admit civil penalties were assessed for the years stated, on the dates stated, and in the amounts stated. Deny the balances due. The Internal Revenue Service's Account Transcripts as of May 31, 2025 reflect the following:

a. 12/31/2010 – The 2010 civil penalty has been abated entirely and the overpayment applied to the civil penalty for tax year 2012. Exhibit 2 and Exhibit 3.

b. 12/31/2011 – The 2011 civil penalty has been abated entirely and the overpayment applied to the civil penalties for tax years 2012 and 2015. There is no balance due on the civil penalty for tax year 2011. Exhibit 1 and Exhibit 4.

c. 12/31/2012 – The 2010 overpayment (after abatement of the civil penalty) and the 2011 overpayment (after abatement of the civil penalty) have been applied to the civil penalty for tax year 2012. There is no balance due on the civil penalty for tax year 2012. Exhibit 1, Exhibit 2, and Exhibit 5.

d. 12/31/2015 – The 2011 overpayment (after abatement of the civil penalty) has been applied to the civil penalty for tax year 2015. The balance due on the civil penalty for tax year 2015 is $36,950.64. Exhibit 1 and Exhibit 6.

11. *A delegate of the Secretary of the Treasury gave notice and demand for payment of the tax liabilities described above to Antonio Cesar Fuentes. After the application of statutory interest, penalties and other additions, abatements, payments and credits, the*

*income tax liabilities described above had a $256,606.4 unpaid balance due as of December 20, 2024.*

**Answer**: Deny.

12. *Despite notice and demand for payment, Antonio Cesar Fuentes has failed, neglected, or refused to fully pay the tax liabilities described above.*

**Answer**: Deny.

13. *Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that Antonio Cesar Fuentes is liable to the United States for the tax liabilities in the amount of $265,606.49 as of December 20, 2024, plus statutory additions, prejudgment and post judgment interest at rates set forth in 26 U.S.C. 6601, 6621, and 28 U.S.C. 1961(c), until paid.*

**Answer**: Deny.

**Affirmative Defense**: If Form 3520 was required to be filed, the failure to timely file Form 3520 for tax years 2011, 2012, and 2015, was due to reasonable cause and not willful neglect.

**Affirmative Defense**: The Internal Revenue Service has a duty of consistency. The Internal Revenue Service has administratively abated the 2010 and 2011 civil penalties based on the exact same facts and circumstances present in 2011, 2012 and 2015. As such, the Internal Revenue Service is collaterally estopped from asserting the penalties in 2011, 2012, and 2015.

**Affirmative Defense:** The Internal Revenue Service lacks statutory authority to assess penalties under I.R.C. § 6039F.

**PRAYER FOR RELIEF**

A. *Enter judgment that Plaintiff is not entitled to any refund; and*

B. *That Antonio Cesar Fuentes is liable to the United States for the federal tax liabilities arising out of the 2011, 2012, and 2015 tax years, in the amount of $265,606.49, as of December 20, 2024, plus statutory additions, including prejudgment and post judgment interest at the rates set forth in 26 U.S.C. 6601, 6621, and 28 U.S.C. 1961(c), until paid;*

C. *Provide other relief the Court deems just and proper, including costs.*

**Answer**: The remainder of the Counterclaim is a prayer for relief that does not require a response. To the extent it requires a response, Plaintiff/Counter-Defendant denies Defendant/Counter-Claimant is entitled to any of the relief requested.

Plaintiff/Counter-Defendant denies generally each and every allegation of the Counterclaim not herein specifically admitted, qualified, or denied.

Dated: June 2, 2025

Respectfully submitted

ANTONIO CESAR FUENTES
Pro Se
Paseo Triunfo de la Republica #935
Colonia Partido Doblado
Ciudad Juarez, Chihuahua, Mexico, CP 32320
Tel: (915) 253-9262
Email: cexarfy@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the Answer to Counterclaim has been filed with the Court via email transmission to dcd_intake@dcd.uscourts.gov, and a true and correct copy has been served on Defendant/Counter-Claimant via email transmission to christian.a.orozco@usdoj.gov, this 2nd day of June, 2025.

ANTONIO CESAR FUENTES
Pro Se