**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTONIO CESAR FUENTES, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-01387-RBW |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE COMPLAINT WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff ANTONIO CESAR FUENTES, voluntarily moves the Court to dismiss his Complaint without prejudice as he has received the relief sought in Complaint, that is a refund of the civil penalty he paid for tax year 2010.

1. On November 15, 2017, Plaintiff filed Form 3520 for the year 2010 reporting gifts he received from his father.

2. On June 11, 2018, the Internal Revenue Service assessed a penalty under I.R.C. §6039F in the amount of $90,000 for Plaintiff's failure to timely report the gifts he received from his father during the year 2010.

3. On December 9, 2022, Plaintiff paid the civil penalty for tax year 2010 plus interest that had accrued on the penalty.

4. On December 16, 2022, Plaintiff filed Form 843 requesting a refund of the civil penalty he paid for 2010.

5. On March 4, 2024, Plaintiff filed an amended Form 843 requesting a refund of the civil penalty paid for 2010.

6. On November 25, 2024, Plaintiff filed his Complaint seeking a refund of the civil penalty he paid for tax year 2010.

7. On April 21, 2025, the Internal Revenue Service abated the penalty assessed for 2010, refunded Plaintiff's money and released the federal tax lien.

8. Because the Internal Revenue Service has abated the civil penalty for tax year 2010, refunded Plaintiff's money, and released the federal tax lien, Plaintiff's Complaint is now moot.

9. Because his Complaint is now moot, Plaintiff is willing to voluntarily dismiss the Complaint without prejudice.

10. Nothing herein should impair, restrict or otherwise limit Plaintiff's ability to defend against Defendant's First Amended Counterclaim seeking to recover the 2010 penalty that was abated and refunded by the Internal Revenue Service, a matter in which Defendant has the burden of proof.

**PRAYER FOR RELIEF**

Wherefore, premises considered, Plaintiff prays the Court dismiss the Complaint without prejudice.

Dated: September 5, 2025

Respectfully submitted

/s/ John Leeper

JOHN LEEPER
Counsel for Plaintiff
Texas Bar No. 12156550
801 N. El Paso St., Suite 225
El Paso, Texas 79902
Tel. (915) 532-3447
Fax: (915) 532-3455
leeperjo@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Dismiss the Complaint has been served on all counsel of record through electronic filing this 5th day of September, 2025.

/s/ John Leeper
JOHN LEEPER