**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTONIO CESAR FUENTES, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 1:25-cv-01387-RBW |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant/Counter-Claimant. | § | |

**PLAINTIFF'S REPLY TO THE UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS THE COMPLAINT WITHOUT PREJUDICE**

Remarkably, the United States objects to Plaintiff's motion to dismiss his own complaint. The United States' objection is not well founded and should be summarily dismissed.

1. Plaintiff's complaint is moot in every sense of the word.

2. The Internal Revenue Service has abated the 2010 civil penalty that Plaintiff disputed in his complaint. That fact is indisputable.

3. The Internal Revenue Service has refunded the 2010 civil penalty that Plaintiff' paid and sought to recover in his complaint. That fact is indisputable.

4. The Internal Revenue Service has released its lien securing payment of the 2010 civil penalty. That fact is indisputable.

5. The relevant facts are indisputable. The Internal Revenue Service has abated the penalty, refunded Plaintiff's money and released its lien. Having fully recovered what he asked for in his complaint, the complaint is now moot. Plain and simple.

6. If the Internal Revenue Service lacked authority to abate the penalty, refund Plaintiff's money and release its federal tax lien, (which Plaintiff disputes) the United States' proper recourse is to pursue an erroneous refund claim as it has done in its First Amended

Counterclaim. To keep Plaintiff's complaint alive under these circumstances makes no sense whatsoever.

7. Apparently, the United States' strategy is to pursue frivolous litigation by trying to keep Plaintiff's complaint alive (which is now indisputably moot) and thereby inconvenience the parties and the witnesses to the greatest extent possible all the while needlessly wasting the United States' resources and this Court's time. For the United States' to allege that Fuentes is forum shopping is quite ironic.

**PRAYER FOR RELIEF**

Wherefore, premises considered, Plaintiff prays the Court dismiss the Complaint without prejudice.

Dated: September 19, 2025

Respectfully submitted

/s/ John Leeper
JOHN LEEPER
Counsel for Plaintiff
Texas Bar No. 12156550
801 N. El Paso St., Suite 225
El Paso, Texas 79902
Tel. (915) 532-3447
Fax: (915) 532-3455
leeperjo@aol.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Reply has been served on all counsel of record through electronic filing this 19th day of September, 2025.

/s/ John Leeper
JOHN LEEPER